### Hubert WEBSTER v. STATE.
### 8 Div. 251.

Court of Appeals of Alabama.
Feb. 17, 1931.

BRICKEN, P. J.
Affirmed.

(134 So. 926)

### Willie WEBSTER v. STATE.
### 6 Div. 935.

Court of Appeals of Alabama.
May 5, 1931.

SAMFORD, J.
Affirmed.

(132 So. 926)

### Ignatius WEEKS v. STATE.
### 1 Div. 940.

Court of Appeals of Alabama.
Dec. 16, 1930.

Rehearing Denied Feb. 24, 1931.

SAMFORD, J.
Affirmed.

(131 So. 927)

### W. David WELLS v. STATE.
### 4 Div. 677.

Court of Appeals of Alabama.
Nov. 25, 1930.

Marcus J. Fletcher, of Andalusia, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(133 So. 927)

### V. L. WESSON v. Robert W. PLOWDEN.
### 8 Div. 281.

Court of Appeals of Alabama.
March 19, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(134 So. 926)

### C. A. WEST v. J. R. CLARY.
### 6 Div. 902.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Affirmed.